## IN THE UNITED STATES BANKRUPTCY COURT
### District of South Carolina

| | |
|---|---|
| In the Matter of:<br>John Arthur Williamson<br>Rachel Eunice Williamson | Case No. 11-04286 |
| | Chapter 13 |
| Debtor(s) | |

---

### AMENDED OBJECTION ORDER

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**01/24/2012**



Entered: 01/25/2012

US Bankruptcy Judge
District of South Carolina

# IN THE UNITED STATES BANKRUPTCY COURT
## District of South Carolina

In the Matter of:
**John Arthur Williamson**
**Rachel Eunice Williamson**

**Case No. 11-04286**

**Chapter 13**

Debtor(s)

---

### AMENDED ORDER

---

This matter is before the Court on the objection of the Debtor to a claim in the amount of $6,125.00, filed in the above-entitled case on July 20, 2011 as claim number 4, then amended on September 15, 2011 by:

Linda Williamson
4028 Rockwell Avenue
Horseheads NY 14845-2929

Following notice to the parties in interest, IT IS ORDERED:

The Claim is disallowed.


AND IT IS SO ORDERED.


Attorney for the debtor(s):
F. Lee O'Steen
O'Steen Law Firm, LLC
PO Box 36534
Rock Hill, SC  29732

TRUSTEE:
William K. Stephenson, Jr.
P.O. Box 8477
Columbia, SC 29202

CLAIMANT:
Linda Williamson
4028 Rockwell Avenue
Horseheads NY 14845-2929